UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-32367-13 |
| Marilee Hockenberger | ) | Judge Mary Ann Whipple |
| | ) | REPLY TO CREDITOR'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT |
| Debtor | ) | |
| | ) | |

\* \* \* \* \*

Now comes the Debtor, Marilee Hockenberger, by and through her counsel, Gordon R. Barry, and hereby states the following reply to Creditor, U.S. Bank Trust National Association's Response to Notice of Final Cure Payment filed on June 21, 2017. Debtor states that the proof of claim for arrearage was filed by undersigned counsel and has been paid in full. All post-petition mortgage payments on this account have been made.

WHEREFORE, Debtor requests that the Court set this matter for hearing.

Respectfully submitted,

/s/ Gordon R. Barry
Gordon R. Barry (0010883)
Attorney for Debtor
420 Madison Avenue, Suite 1010
Toledo, Ohio 43604
(419) 241-6285
(419) 241-8003 (Facsimile)
grb1@accesstoledo.com

CERTIFICATE OF SERVICE

I certify that on June 22, 2017, a true and correct copy of Debtor's Reply to Creditor's Response to Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Patricia L. Johnson, on behalf of U.S. Bank National Association, at bankruptcies@gernerlaw.com

    Office of the United States Trustee at ustp.region09@usdoj.gov

    Elizabeth A. Vaughan, on behalf of the Chapter 13 Trustee's office, at 13ECFNotices@chapter13toledo.com

And by regular U.S. mail, postage prepaid, on:

    Michelle R. Ghidotti-Gonsalves, Esq., 5120 E. LaPalma Ave., Suite 206, Anaheim, CA 92807

    Marilee Hockenberger, Debtor, 3777 Treelawn Dr., Toledo, Ohio 43614

    U.S. Bank Trust National Association, Creditor, c/o SN Servicing Corporation, 323 5th St., Eureka, CA 95501

    /s/ Gordon R. Barry
    Gordon R. Barry (0010883)
    Attorney for Debtor
    420 Madison Avenue, Suite 1010
    Toledo, Ohio 43604
    (419) 241-6285
    (419) 241-8003 (Facsimile)
    grb1@accesstoledo.com